IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Cr. No. 04-67-S |
| | ) | |
| JAMES SNOKE | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RECOMMENDATION OF CONCURRENT SENTENCE**

The United States of America, by and through its undersigned attorneys, respectfully submits this Response to Defendant's Motion for Recommendation of Concurrent Sentence. In view of this Court's letter to the Federal Bureau of Prisons dated January 3, 2006 (attached), the government does not object to the defendant's Motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2006, a copy of the within Government's Response, was mailed by overnight mail, postage prepaid, to the following:

Andrew Berg, Esq.
Sammartino & Berg LLP
128 Dorrance St.
Suite 400
Providence, R.I. 02903

Paula Harvey

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**FEDERAL BUILDING AND U.S. COURTHOUSE**
**PROVIDENCE, RHODE ISLAND 02903**

**WILLIAM E. SMITH**
**U.S. DISTRICT JUDGE**

January 3, 2006

Fernando J. Messer
Regional Inmate Systems Administrator
Federal Bureau of Prisons
U.S. Custom House
2nd and Chestnut Streets
Philadelphia, PA 19106

Re: James Snoke
Register Number: 04447-070
Docket Number: 104CR00067-01S 02-053S

Dear Mr. Messer:

I am replying to your letter of December 20, 2005. It was absolutely <u>not</u> my intent to impose a consecutive sentence in the above case. The silence on this point at the sentencing was inadvertent and frankly no one caught this. Thus, I urge the Bureau of Prisons to grant the inmate's request. Please note that I recently granted a request to appoint counsel for Mr. Snoke so that he may pursue this matter. It would be far preferable to have it resolved administratively.

Thank you for your assistance.

Sincerely,

William E. Smith
U.S. District Judge